MELISSA CORNELL, *Administratrix, etc., Respondent, v.* THE BANK FOR SAVINGS IN THE CITY OF NEW YORK, *Appellant.*— Judgment affirmed, with costs. Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.

IN THE MATTER .OF ISAAC H. SHANNON and ISAAC G. BOYCE.— Ordered that it be referred to John H. Bergen to take proof and report at next term. That copies of the charges be served on the accused attorneys, and that fourteen days' notice of hearing be given them after the service of the charges. Peter Mitchell is assigned to prosecute the same.

FREDERICK F. MULLER *v.* ANNIE R. PLATT. Motion denied, with ten dollars costs.

ALEXANDER HIGENBOTHEM, *Respondent, v.* CHARLES HILLEMEIER, *Appellant.*— Judgment of County Court reversed and new trial granted, costs to abide event. Order of reference vacated. Opinion by BARNARD, P. J.

JAMES HENDERSON, *Plaintiff, v.* JOHN H. DOWNING and others, *Defendants.* — Judgment affirmed, with. costs. Opinion by BROWN, J.

GEORGE B. ABBOTT, *Public Administrator, etc., v.* JOHN S. CURRAN. — Motion to dismiss appeal denied, without costs.

JOHN A. HUSSON, *Respondent, v.* WILLIAM G. OPPENHEIM, *Appellant.* — Motion to dismiss appeal denied; defendant to amend his case to conform to same as settled and to submit at present term.

SAMUEL T. DAUCHY, *Appellant, v.* W. H. TUTT, *Respondent.* — Motion to dismiss appeal; motion denied, without costs.

JOHN L. BREWSTER, *Respondent, v.* EMMA F. BAXTER and others, *Appellants.* — Motion to dismiss appeal on condition that defendant prints case and submits same during present term.

CHARLES E. GERTON, *Receiver, etc., Respondent, v.* CATHERINE WHITE, *Appellant, Impleaded, etc.* — Motion to dismiss appeal denied, without costs.

IN THE MATTER OF BULLARD. — Motion for reargument denied.

THEODORE H. BENEDICT and another, *as Executors, etc., Plaintiffs, v.* WILLIAM H. WEBB, *Defendant.*— Judgment for plaintiffs upon submitted case. Opinion by BARNARD, P. J.